**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MINAS MAMULYAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1983-PRW |
| | ) | |
| FRED FIGUEROA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On August 3, 2026, Petitioner filed his Petition for Writ of Habeas Corpus (Dkt. 1). On November 20, 2026, Petitioner filed a Notice of Voluntary Dismissal (Dkt. 10) requesting that the Court close this case and find Petitioner's pending motions moot. Petitioner represents that he was released from custody on November 19, 2026.[1]

Accordingly, the Court **DISMISSES** the Petition (Dkt. 1) as moot and **DENIES** as moot the Motion for Order to Show Cause and Expedited Response (Dkt. 6) and the Motion for Order to Show Cause and Expedited Adjudication (Dkt. 8).

**IT IS SO ORDERED** this 23rd day of November 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[1] Notice of Voluntary Dismissal (Dkt. 10), at 2.